■ ANDREW CERBONE, Respondent, v GIUSEPPE RANDO et al., Respondents, and U.S. HEALTHCARE, Appellant. [654 NYS2d 324] —In an action to recover damages for medical malpractice, the defendant U.S. Healthcare appeals from an order of the Supreme Court, Kings County (Spodek, J.), entered July 2, 1996, which denied its motion for summary judgment dismissing the complaint insofar as asserted against it without prejudice to renewal at the completion of discovery.

Ordered that the order is affirmed, with costs.

The burden on a motion for summary judgment is on the movant to tender sufficient evidence to eliminate all material issues of fact (see, Winegrad v New York Univ. Med. Ctr., 64 NY2d 851). Since U.S. Healthcare failed to do so, its motion for summary judgment was properly denied with leave to renew upon the completion of discovery.

The appellant's remaining contentions are without merit. O'Brien, J. P., Florio, McGinity and Luciano, JJ., concur.

■ CHARLES CHALOM et al., Respondents-Appellants, v ROBERT LIPARELLI et al., Defendants, and STUART GOLDSTEIN et al., Appellants-Respondents. [654 NYS2d 331] —In an action, inter alia, to recover damages for fraud and breach of fiduciary duty, the defendants Samuel Goldstein & Co., P. C., Michael Goldstein, and Stuart Goldstein appeal from so much of an order of the Supreme Court, Nassau County (Roberto, J.), dated June 28, 1994, as denied that branch of their cross motion which was for summary judgment dismissing the plaintiffs' cause of action to recover damages for fraud based on an undisclosed broker's commission and/or finder's fee they received from the defendant Robert Liparelli. The plaintiffs cross-appeal from so much of the same order as granted those branches of the motion of Samuel Goldstein & Co., P. C., Michael Goldstein, and Stuart Goldstein which were for summary judgment dismissing their causes of action to recover damages for fraud regarding certain financial forecasts and an appraisal.

Ordered that the appeal and cross appeal are dismissed as academic, without costs or disbursements, in light of our decision in Chalom v Liparelli (236 AD2d 354 [decided herewith]). Ritter, J. P., Thompson, Friedmann and McGinity, JJ., concur.